COMMONWEALTH of Pennsylvania, Respondent

v.

Chad W. LEONHART, Petitioner

No. 346 WAL 2016

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this January 24, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jesus RAMOS, Petitioner

No. 406 EAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Hugo M. SELENSKI, Petitioner

No. 628 MAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.